RECEIVED
JAN 13 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRIAN ROBERTS,<br>    Plaintiff<br><br>VERSUS<br><br>VALERIE MARSHALL, et al.,<br>    Defendants | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-00319<br><br><br>JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Marshall's motion for summary judgment (Doc. 45) is GRANTED, Roberts' motion for summary judgment (Doc. 48) is DENIED, and Roberts' action against Marshall is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Walker's motion for summary judgment (Doc. 52) is GRANTED, Roberts' motion for summary judgment (Doc. 48) is DENIED, and Roberts' action against Walker is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Roberts' action against Allen is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of January, 2016.

                                                            _____
                                                            JAMES T. TRIMBLE, JR.
                                                            UNITED STATES DISTRICT JUDGE